UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES, | 1:06-cv-00585-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4) |
| vs. | **ORDER DISMISSING ACTION** |
| SIX UNKNOWN NAMES AGENTS, | |
| Defendants. / | |

Carlos Corrales ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 15, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendation to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed September 15,
2006, are ADOPTED IN FULL; and,

   2.   This action is DISMISSED, without prejudice, for
Plaintiff's failure to prosecute, based on Plaintiff's failure to
obey the Court's Order of July 27, 2006.

IT IS SO ORDERED.

**Dated:   December 12, 2006**                /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE